UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.  21-21897-CIV-ALTONAGA/Torres

BYRON BRITT,

      Plaintiff(s),

vs.

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,

      Defendant(s).                    /

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

The Plaintiff, Byron Britt, and the Defendant, Hartford Life and Accident Insurance Company, by and through their undersigned legal counsel hereby jointly stipulate and move that this cause be dismissed, including all claims that were or could have been raised in this action, with prejudice, with each party to bear its own attorney fees and costs.

DATED:  September 21, 2021

| | |
|---|---|
| By: */s/ Stephen F. Jessup* | By: */s/ Jonathan M. Fordin* |
| STEPHEN F. JESSUP, ESQ. | JONATHAN M. FORDIN, ESQ. |
| Fla. Bar No.: 026264 | Fla. Bar No. 371637 |
| DELL & SCHAEFER | SHUTTS & BOWEN LLP |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 2404 Hollywood Blvd. | 200 S. Biscayne Blvd., Suite 4100 |
| Hollywood, FL 33020 | Miami, FL 33131 |
| Ph. (954) 620-8300 | Ph. (305) 347-7390 |
| Fax: (800) 380-6151 | Fax: (305) 347-7790 |
| Stephen@diattorney.com | jfordin@shutts.com |